ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-6809
 FAX: (415) 436-7234
 mari.overbeck@usdoj.gov

Attorneys for United States of America

FILED

Mar 26 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 23-CR-00359 AMO |
|---|---|
|  Plaintiff, | ) NOTICE OF DISMISSAL AND SUGGESTION OF DEATH UPON THE RECORD & REQUEST TO RECALL ARREST WARRANT AND UNSEAL CASE; [PROPOSED] ORDER |
|  v. | ) |
| RANDELL TURNER, | ) |
|  Defendant. | ) |

 With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned indictment against RANDELL TURNER without prejudice. The government believes the defendant is deceased. According to information released by the Oakland Police Department, the defendant died on or about March 10, 2024. The United States therefore seeks leave to dismiss this matter, moves to unseal the case, and requests that the Court recall the outstanding arrest warrant.

///

///

//

NOTICE OF DISMISSAL & [PROPOSED] ORDER  1
23-CR-359 AMO

| | | |
|---|---|---|
| 1 | DATED: March 26, 2024 | Respectfully Submitted, |
| 2 | | ISMAIL J. RAMSEY |
| | | United States Attorney |

/s/
MATTHEW YELOVICH
Deputy Chief, Criminal Division

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss without prejudice the indictment against RANDELL TURNER in the above-captioned case, and the matter is unsealed and the pending arrest warrant is hereby recalled.

DATED: March 26, 2024

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Court Judge

NOTICE OF DISMISSAL & [PROPOSED] ORDER     2
23-CR-359 AMO